435 A.2d 649

Russo v. Russo, Appellant.

Submitted September 11, 1980.  Barry Ballow, for appellant; Peter M. Hileman, Assistant District Attorney, for appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Order affirmed.